| | |
|---|---|
| 1 | GEORGE R. KINGSLEY, Esq., Bar No. 38022 |
| 2 | ERIC B. KINGSLEY, Esq., Bar No. 185123 |
|   | KEVIN M. ZIETZ, Esq., Bar No. 186244 |
| 3 | KINGSLEY & KINGSLEY, APC |
|   | 16133 Ventura Boulevard |
| 4 | Suite 1200 |
|   | Encino, CA 91436 |
| 5 | Telephone: 818.990.8300 |
|   | Facsimile: 818.990.2903 |
| 6 | Email: eric@kingsleyskingsley.com |

JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN 14 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Plaintiff
JAMES HENRY FELIX

RICHARD N. HILL, Bar No. 083629
DEMERY RYAN, Bar No. 217176
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
Fifth Floor
Los Angeles, CA 90067
Telephone: 310.553.0308
Facsimile: 310.553.5583
E-mail: rhill@littler.com
Email: dryan@littler.com

Attorneys for Defendant
S&B FIELD SERVICES, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY FELIX on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>S&B FIELD SERVICES, LTD., and DOES 1 to 50 inclusive.,<br><br>Defendants. | Case No. CV09 09390 AHM (FMOx)<br><br>ORDER REMANDING ACTION TO STATE COURT |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067 3107
310 553 0308

[

The Court having considered the parties' Joint Stipulation Regarding Remand Of Action To State Court filed and served concurrently herewith, and good cause appearing therefore,

**HEREBY ORDERS, ADJUDGES, AND DECREES THAT:**

This action is hereby remanded to Los Angeles County Superior Court, without costs or fees to either party.

**IT IS SO ORDERED.**

DATED: JAN 1 4 2010

HON. A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067 3107
310.553.0308

1.